**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7283**

———————

CHARLES JONES,

Plaintiff - Appellant,

versus

JACK KAVANAUGH; PRISON HEALTH SERVICES; DOCTOR
TESFAYE, Director; JOHN MOSS, Physician
Assistant; OFFICER HILTON; EDWARD TAMES,
Lieutenant; CHRISTOPHER OZOUKWU, Officer;
THOMAS RESHKE, Nurse; PATRICE DEWITT, Pharmacy
Nurse; OFFICER ROBINSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (CA-02-3409-RDB)

———————

Submitted: November 19, 2003        Decided: December 4, 2003

———————

Before WILKINSON and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Charles Jones, Appellant Pro Se. John Joseph Curran, Jr., Attorney
General, Glenn William Bell, OFFICE OF THE ATTORNEY GENERAL OF
MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.  See Jones v. Kavanaugh, No. CA-02-3409-RDB (D. Md. filed July 22, 2003; entered July 23, 2003).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED